**CITY OF KANSAS CITY,
Missouri, Respondent,**

v.

**Wanda S. FRYE, Appellant.**

**No. WD 43772.**

Missouri Court of Appeals,
Western District.

June 18, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 30, 1991.

Joseph Alfred Morrey, St. Joseph, for
appellant.

Richard N. Ward, City Atty., George L.
Sharp, City Prosecutor, Lucille R. Myles,
Asst. City Prosecutor, Kansas City, for re-
spondent.

Before LOWENSTEIN, P.J., and
TURNAGE and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from conviction for trespass and
$25.00 fine.

Judgment affirmed. Rule 84.16(b).

■

**JIMMY AND DELORES, INC., d/b/a
Jimmy's Barbecue, Steakhouse
and Lounge, Appellant,**

v.

**George F. LUECKENHOFF, Respondent.**

**No. WD 43911.**

Missouri Court of Appeals,
Western District.

June 18, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 30, 1991.

Michael J. Drape, Kansas City, for appel-
lant.

Richard N. Ward, City Atty., Dennis E.
Lee, Asst. City Atty., Kansas City, for re-
spondent.

Before LOWENSTEIN, P.J., and
TURNAGE and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from judgment denying relief in
an administrative review proceeding by
which liquor license was suspended.

Judgment affirmed. Rule 84.16(b).